UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MERLE NICHOLS,<br><br>                Plaintiff,<br><br>   v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>                Defendants. | CASE NO. C18-1253-RAJ<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

The Court directed the parties to submit an Agreed Order memorializing Judge Theiler's ruling at the oral argument held on November 20, 2019. To date, the parties have not submitted such an order. The parties are therefore ORDERED to submit either a proposed agreed order or separate proposed orders by no later than **December 27, 2019**.

DATED this 18th day of December, 2019.

                                                  WILLIAM MCCOOL, Clerk

                                                  By: s/ Kadya Peter
                                                        Deputy Clerk

MINUTE ORDER
PAGE - 1