1
2
3
4
5
6
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
7
AT SEATTLE

8
MERLE NICHOLS, on behalf of himself and
all others similarly situated,

No. 2:18-cv-1253 RAJ

9

Plaintiff,

10
v.

**[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S MOTION TO SEAL CONFIDENTIAL PORTIONS OF THE NOVEMBER 20, 2019 HEARING RECORDING AND TRANSCRIPT AND REFERENCES TO THE SAME IN SUBSEQUENT PLEADINGS AND ANY RELATED COURT ORDER**

11
GEICO GENERAL INSURANCE
COMPANY, a foreign automobile insurance
company,

12

13

Defendant.

14

15

16       Having considered the unopposed Motion to Seal Confidential Portions of the November

17  20, 2019 Hearing Recording and Transcript and References to the Same in Subsequent

18  Pleadings and Any Related Court Order ("Motion to Seal") (Dkt. 52) filed by Defendant,

19  GEICO General Insurance Company, and good cause appearing,

20       **IT IS HEREBY ORDERED** that the Motion to Seal is **GRANTED** and the unredacted

21  copy(ies) of the following document(s) shall be maintained under seal:

22           1.  Transcription of November 20, 2019 Hearing Created from Audio Recording

23               Received from Courtroom Deputy Kadya Peters; and

24           2.  Plaintiff's Proposed Order on Plaintiff's First Motion to Compel Responses to

25               Discovery (Dkt. 51)

26       **IT IS FURTHER ORDERED** that the audio recording of the November 20, 2019

27  Hearing before this Court shall be maintained under seal.

28

DATED this 8th day of January, 2020.

Mary Alice Theiler
United States Magistrate Judge