Hon. Richard A. Jones

UNITED STATES DISTICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MERLE NICHOLS,<br><br>              Plaintiff(s),<br><br>  v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>              Defendant(s). | NO. 2:18-cv-01253-RAJ<br><br>MINUTE ORDER REQUIRING SUBMISSION OF JOINT PROPOSED CASE SCHEDULE |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

On April 15, 2019, the Court vacated the case scheduling deadlines pending resolution of discovery issues in this matter. On April 30, 2020, the Court entered an order on Defendant's Motion for Protective Order, resolving the outstanding discovery motions. The Court directs the parties to submit a joint proposed case schedule no later than **MAY 12, 2020**, setting forth proposed deadlines for the following:

    Deadline for Defendant to Disclose Expert Witnesses
    Deadline to Complete Discovery on Class Certification
    Deadline for Plaintiffs to File Motion for Class Certification
    Deadline for Defendant to File Opposition to Plaintiffs' Motion for Class Certification
    Deadline for Plaintiffs to file Reply re: Plaintiffs' Class Certification Motion
    Any other deadlines the parties agree should be imposed

If the parties are unable to agree on these proposed deadlines, the parties may set forth their competing proposals in separate paragraphs.  No separate submissions are to be filed.

DATED this 5th day of May, 2020.

WILLIAM M. McCOOL,
Clerk of the Court

 /s/ Victoria Ericksen
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER - 2