THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MERLE NICHOLS, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>GEICO GENERAL INSURANCE COMPANY, a foreign automobile insurance company,<br><br>　　　　　　　　　　Defendant. | CASE NO. 2:18-cv-1253 RAJ<br><br>ERRATA REGARDING PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR CLASS CERTIFICATION<br><br>[CLERK'S ACTION REQUIRED] |

On October 2, 2020, Plaintiff filed his Reply to Defendant's Opposition to Motion for Class Certification (the "Reply") and an accompanying Motion to Seal. Dkts. #128 & 130, respectively. In the Reply, Plaintiff referenced values which Defendant GEICO asserts relate to the putative class size, and which are similar to information previously sealed by the Court. Therefore, Plaintiff has made additional redactions to comply with GEICO's assertion of sensitivity and the terms of the Protective Order in place. The corrected copy, reflecting the additional redactions, is attached as Appendix One hereto.

ERRATA - 1
Case No. 2:18-cv-1253 RAJ

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

Plaintiff respectfully requests the Clerk of the Court withdraw document number one-twenty-eight (#128) and replace it with the document attached hereto as Appendix One on the publicly available Court docket.

DATED this 5th day of October, 2020.

**Presented by:**

BADGLEY MULLINS TURNER PLLC

*/s/ Mark A. Trivett*
Duncan C. Turner, WSBA No. 20597
Mark A. Trivett, WSBA No. 46375
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
Telephone: (206) 621-6566
Email: dturner@badgleymullins.com
Email: mtrivett@badgleymullins.com
**Attorneys for Plaintiff**

LAW OFFICE OF RANDALL JOHNSON, PLLC

*/s/Randall C. Johnson Jr.*
Randall C. Johnson Jr., WSBA No. 24556
PO Box 15881
Seattle, WA 98115
Telephone: (206) 890-0616
Email: rcjj.law@gmail.com
**Attorney for Plaintiff**

LAW OFFICE OF RYAN C. NUTE, PLLC

*/s/Ryan C. Nute*
Ryan C. Nute, WSBA No. 32530
19929 Ballinger Way NE, Suite 200
Shoreline, WA 98155
Telephone: (206) 330-0482
Email: ryan@rcnutelaw.com
**Attorney for Plaintiff**

ERRATA - 2
Case No. 2:18-cv-1253 RAJ

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686

# **CERTIFICATE OF SERVICE**

    I hereby certify under penalty of perjury under the laws of the State of Washington that on this 5th day of October, 2020 I electronically filed a true and correct copy of the above-titled document with the Clerk of the Court using the CM/ECF system which will send notification to all parties registered with CM/ECF in this matter.

Joshua Grabel (admitted *Pro hac vice)*
Jamie L. Halavais (admitted *Pro hac vice)*
Husch Blackwell LLP
2415 E. Camelback Road, Suite 420
Phoenix, AZ 85016
Telephone:  480-824-7900
Email: josh.grabel@huschblackwell.com
Email: jamie.halavais@huschblackwell.com
**Attorneys for Defendant**

L. Clay Selby , Jr., WSBA #26049
LEDGER SQUARE LAW P.S.
710 Market Street
Tacoma, WA 98402
Telephone:  253-327-1900
Email: clay@ledgersquarelaw.com
**Attorneys for Defendant**

    */s/ Yonten Dorjee*
    Yonten Dorjee, Paralegal
    **BADGLEY MULLINS TURNER PLLC**
    Email:  ydorjee@badgleymullins.com

ERRATA - 3
Case No. 2:18-cv-1253 RAJ

**BADGLEY MULLINS TURNER** PLLC
19929 Ballinger Way NE, Suite 200
Seattle, WA 98155
TEL 206.621.6566
FAX 206.621.9686