UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MERLE NICHOLS on behalf of himself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>GEICO GENERAL INSURANCE COMPANY, a foreign automobile insurance company,<br><br>　　　　　　　　Defendant. | CASE NO. 2:18-cv-01253-TL<br><br>ORDER OF REFERENCE & SETTING JURY TRIAL DATE AND RELATED DATES |

　　　　This action is assigned to the Honorable Tana Lin, United States District Judge. All future documents filed in this case must bear the cause number 2:18-cv-01253-TL-MAT. The Court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a U.S. Magistrate Judge as described below.

　　　　Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judge Rule ("MJR") 3, the Court hereby refers to U.S. Magistrate Judge Mary Alice Theiler all pretrial matters pertaining to discovery. Federal Rule of Civil Procedure 72(a) governs any objections to U.S. Magistrate Judge Mary Alice Theiler's rulings concerning any non-dispositive motions. *See also* MJR 3(b).

　　　　Accordingly, the Court ORDERS that the above-entitled action is referred to U.S. Magistrate Judge Mary Alice Theiler for the specific purposes and types of motions described

Order of Reference & Setting Jury Trial Date and Related Dates - 1

herein. The Court further Directs and Empowers U.S. Magistrate Judge Mary Alice Theiler to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this Order.

The parties are further DIRECTED to confer and submit an updated proposed Discovery Plan to U.S. Magistrate Judge Mary Alice Theiler within **sixty (60) days** of this Order. If a status conference would assist the parties in proposing a joint Discovery Plan, they must make a request to U.S. Magistrate Judge Mary Alice Theiler for a status conference within **thirty (30) days** of this Order.

Additionally, having reviewed the Joint Status Report and Discovery Plan submitted by the parties, the Court hereby SETS this case for trial and ORDERS the following pretrial schedule:

| Event | Date |
|---|---|
| JURY TRIAL SET FOR 9:00 A.M. ON | **Monday, October 30, 2023** |
| Length of trial | 14 days |
| Updated joint proposed discovery plan due to U.S. Magistrate Judge Mary Alice Theiler by | Monday, May 2, 2022 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | Thursday, March 30, 2023 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | Friday, April 28, 2023 |
| All motions related to discovery must be filed by | Monday, May 1, 2023 |
| Discovery completed by | Tuesday, May 30, 2023 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)) | Friday, June 30, 2023 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | Monday, July 31, 2023 |
| Mediation per LCR 39.1, if requested by the parties, held no later than | Wednesday, August 30, 2023 |
| All motions in limine must be filed by | Monday, September 25, 2023 |
| Agreed LCR 16.1 Pretrial Order due | Monday, October 9, 2023 |

Order of Reference & Setting Jury Trial Date and Related Dates - 2

| | |
|---|---|
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibit lists due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to. | Monday, October 16, 2023 |
| Pretrial Conference scheduled for 9:30 a.m. on | Monday, October 23, 2023 |

All other dates are specified in prior scheduling orders or the Local Civil Rules. With the exception of the deadlines described in Section II(G) of Judge Lin's Standing Order for All Civil Cases, the dates set forth in this order are firm dates that can be changed only by order of the Court, not by agreement of counsel for the parties. The Court will alter these dates only upon good cause shown. Failure to complete discovery within the time allowed is not recognized as good cause. Judge Lin will not decrease the amount of time between the dispositive motion or motion in limine deadlines and the trial date unless the parties set forth an extraordinary basis for doing so. Any changes in the dispositive motion or motion in limine deadlines will result in a change of the trial date. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

If the trial date assigned to this matter creates an irreconcilable conflict, counsel must provide written notice to Courtroom Deputy Kadya Peter at Kadya_Peter@wawd.uscourts.gov within ten (10) days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

### COOPERATION

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are also directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

### EXHIBITS

The original and one copy of the trial exhibits are to be delivered to Judge Lin's

Order of Reference & Setting Jury Trial Date and Related Dates - 3

chambers five days before the trial date. Each exhibit shall be clearly marked. The Court hereby alters the LCR 16.1 procedure for numbering exhibits: Plaintiff(s)' exhibits shall be numbered consecutively beginning with P-1; defendant(s)' exhibits shall be numbered consecutively beginning with D-1. Joint exhibits shall be numbered consecutively beginning with J-1. Duplicate documents shall not be listed twice. Each exhibit shall be printed double-sided unless there is a specific need to not do so. Once a party has identified an exhibit in the pretrial order, it may be used by any party. Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

### PRIVACY

Pursuant to LCR 5.2(a), parties shall refrain from including, or shall partially redact where inclusion is necessary, the following personal data identifiers from all documents filed with the court or used as exhibits in any hearing or at trial, unless otherwise ordered by the court:

- Dates of Birth − redact to the year of birth, unless deceased.
- Names of Minor Children − redact to the initials, unless deceased or currently over the age of 18.
- Social Security or Taxpayer Identification Numbers − redact in their entirety.
- Financial Accounting Information − redact to the last four digits.
- Passport Numbers and Driver License Numbers − redact in their entirety.

Parties in social security appeals and immigration cases shall comply with LCR 5.2(c).

### SETTLEMENT

If this case settles, counsel shall notify Kadya Peter via email at Kadya_Peter@wawd.uscourts.gov as soon as possible. Pursuant to LCR11(b), an attorney who fails to give the Courtroom Deputy prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

Order of Reference & Setting Jury Trial Date and Related Dates - 4

Dated this 3rd day of March 2022.

_____
Honorable Tana Lin
United States District Judge