UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MERLE NICHOLS on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, a foreign automobile insurance company,<br><br>Defendant. | CASE NO. 2:18-cv-01253-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) The parties are directed to re-file appropriately redacted versions of the documents previously filed under Docket Numbers 139, 140, 150, and 157, as directed in the Court's Order on Motions to Seal (Dkt. No. 163) by no later than **March 29, 2022**.

(2) The Clerk is directed to forward a copy of this Order to all counsel of record.

Dated this 15th day of March 2022.

MINUTE ORDER - 1

s/ Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk