1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MERLE NICHOLS on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>       v.<br><br>GEICO GENERAL INSURANCE COMPANY, a foreign automobile insurance company,<br><br>                    Defendant. | CASE NO. 2:18-cv-01253-TL<br><br>ORDER OF REFERENCE |

This action is assigned to the Honorable Tana Lin, United States District Judge. All future documents filed in this case must bear the cause number 2:18-cv-01253-TL-SKV. The Court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Magistrate Judge Rule ("MJR") 3(a), the Court hereby refers to Magistrate Judge S. Kate Vaughan all non-dispositive pretrial matters,

ORDER OF REFERENCE - 1

other than those matters excluded by 28 U.S.C. § 636(b)(1)(A). Federal Rule of Civil Procedure 72(a) governs any objections to Magistrate Judge Vaughan's rulings concerning any non-dispositive motions. *See also* MJR 3(b). Magistrate Judge Theiler is no longer assigned.

Accordingly, the Court ORDERS that the above-entitled action be referred to Magistrate Judge Vaughan for the specific purposes and types of motions described herein. The Court further DIRECTS and EMPOWERS Magistrate Judge Vaughan to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636, the local rules, and this Order.

Dated this 6th day of May 2022.

Tana Lin
United States District Judge