UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MERLE NICHOLS,

              Plaintiff,

   v.

GEICO GENERAL INSURANCE COMPANY,

              Defendant.

Case No. C18-1253-TL-SKV

ORDER GRANTING STIPULATED MOTION TO EXTEND CASE DEADLINES

In compliance with the Court's directive, *see* Dkt. 164, the parties submitted a Joint Proposed Discovery Plan and Stipulated Motion to Extend Case Deadlines.  Dkt. 172.  Having considered this submission, the Court finds both the discovery plan and the revised case deadlines reasonable.  Accordingly, the Stipulated Motion to Extend Case Deadlines, Dkt. 172, is GRANTED and the following schedule is adopted:

| Event | Date |
| --- | --- |
| JURY TRIAL SET FOR 9:00 a.m. on | 7/29/2024 |
| Length of trial | 14 days |
| Status Conference set for 10:00 a.m. on | 3/13/2023 |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 11/30/2023 |

| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 1/29/2024 |
|---|---|
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (*see* LCR 7(d) or LCR 37(a)(2)) | 2/1/2024 |
| Discovery to be completed by | 2/28/2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)) | 3/29/2024 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 4/30/2024 |
| Mediation per LCR 39.1(c), if requested by the parties, held no later than | 5/30/2024 |
| All motions in limine must be filed by this date and noted for consideration no earlier than the third Friday after filing but no later than the Friday before the pretrial conference (*see* LCR 7(d)(4)) | 6/25/2024 |
| Agreed LCR 16.1 Pretrial Order due | 7/9/2024 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibits due by this date; counsel are to confer and indicate with their submissions which exhibits are agreed to | 7/16/2024 |
| Pretrial conference scheduled for 9:30 a.m. in Courtroom 12A on | 7/22/2024 |

The directives as to procedures and policies set forth in the March 3, 2022 scheduling order, Dkt. 164, remain in effect. However, given the subsequent Order of Reference, Dkt. 173 (referring to Magistrate Judge S. Kate Vaughan all non-dispositive pretrial matters other than those matters excluded by 28 U.S.C. § 636(b)(1)(A)), the appropriate point of contact for matters addressed herein and in the prior scheduling order is revised as follows: Stefanie Prather at (206) 370-8420 or Stefanie_Prather@wawd.uscourts.gov. The Clerk is directed to send copies of this Order to all parties of record.

Dated this 16th day of May, 2022.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION TO
EXTEND CASE DEADLINES - 2