UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MERLE NICHOLS,<br><br>                Plaintiff,<br><br>   v.<br><br>GEICO GENERAL INSURANCE COMPANY,<br><br>                Defendant. | Case No. C18-1253-TL-SKV<br><br>ORDER ADOPTING REVISED SCHEDULING ORDER |

The parties submitted a Joint Statement Regarding Status of Claim File Disclosure and Review, including a jointly proposed revised scheduling order. Dkt. 180. Having considered this submission, along with the statements of counsel at a status conference, *see* Dkt. 179, the Court finds the proposed revised case deadlines reasonable. Accordingly, the following revised schedule is adopted:

| Event | Date |
|---|---|
| JURY TRIAL SET FOR 9:00 a.m. on | 2/10/2025 |
| Length of trial | 14 days |
| Disclosure of expert testimony under FRCP 26(a)(2) due | 5/31/2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due | 7/29/2024 |

ORDER ADOPTING REVISED SCHEDULING ORDER - 1

| | |
|---|---|
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (*see* LCR 7(d) or LCR 37(a)(2)) | 8/2/2024 |
| Discovery to be completed by | 8/30/2024 |
| All dispositive motions and motions challenging expert witness testimony must be filed by this date (*see* LCR 7(d)) | 9/27/2024 |
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than | 10/30/2024 |
| Mediation per LCR 39.1(c), if requested by the parties, held no later than | 11/29/2024 |
| All motions in limine must be filed by this date and noted for consideration no earlier than the third Friday after filing but no later than the Friday before the pretrial conference (*see* LCR 7(d)(4)) | 12/20/2024 |
| Agreed LCR 16.1 Pretrial Order due | 1/20/2025 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, deposition designations, and exhibits due by this date; counsel are to confer and indicate with their submissions which exhibits are agreed to | 1/27/2025 |
| Pretrial conference scheduled for 9:30 a.m. in Courtroom 12A on | 2/3/2025 |

All prior directives as to procedures and policies remain in effect.  *See* Dkts. 164, 173-74.

The Clerk is directed to send copies of this Order to all parties of record.

Dated this 9th day of March, 2023.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER ADOPTING REVISED SCHEDULING
ORDER - 2