UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MERLE NICHOLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GEICO INSURANCE COMPANY, GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>　　　　Defendant. | NO.  C18-1253-TL-SKV<br><br>[~~PROPOSED~~] ORDER FOR WITHDRAWAL AND SUBSTITUTION |

**ORDER**

The parties having stipulated for the withdrawal and substitution of counsel for Defendant Geico Insurance Company; and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED that Leland Clay Selby, Jr., of Ledger Square Law PS, has officially withdrawn as attorney of record for Defendant Geico Insurance Company. Rodney Umberger, Jr., and Stacy L.R. DeMass of Williams, Kastner & Gibbs PLLC substitute as attorneys of record for Defendant Geico Insurance Company.

DATED THIS 7th DAY OF August, 2023.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

[~~PROPOSED~~] ORDER FOR WITHDRAWAL AND SUBSTITUTION - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

7781982.1