UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MERLE NICHOLS, on behalf of himself and All others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GEICO GENERAL INSURANCE COMPANY, a foreign automobile insurance Company,<br><br>Defendant. | Case No. C18-1253-TL-SKV<br><br>**STIPULATED MOTION AND (PROPOSED) ORDER TO EXTEND CASE DEADLINES** |

## I.   STIPULATED MOTION

Pursuant to Federal Rule of Civil Procedure 6(b) and LCR 7(d)(1), Defendant GEICO GENERAL INSURANCE COMPANY, a foreign automobile insurance company ("Defendant"), and Plaintiff MERLE NICHOLS, on behalf of himself and the *Nichols* Class ("Plaintiff") (collectively, "the Parties"), hereby stipulate to and jointly request an extension of the Court's deadline to conduct a mediation.

In support of this stipulation, the Parties state as follows:

1.   In its Order Striking Case Schedule and Trial Date entered on August 8, 2024 (Dkt.

STIPULATED MOTION AND (PROPOSED) ORDER TO EXTEND CASE DEADLINES - 1
Case No. C18-1253-TL-SKV

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

#195), the Court provided the Parties one hundred (100) days to conduct mediation.

2. The Parties scheduled mediation with Judge Chad Allred (ret.) for November 12, 2024. In preparation for that mediation date, the Parties completed various disclosures to facilitate constructive and candid negotiations. However, due to unforeseen scheduling and travel difficulties associated with obligations in unrelated cases for GEICO's counsel, the Parties agreed to re-schedule the mediation.

3. Given the upcoming holidays and the travel required for GEICO's counsel to attend in-person, the Parties have reset the mediation to January 7, 2025. This is outside the period prescribed in the Court's Order, and thus, the Parties hereby request an additional sixty (60) days to conduct mediation, with a deadline of January 15, 2025.

4. The requested extension is modest and will allow the Parties to explore resolution and/or constructively narrow the issues in dispute. Thus, regardless of the mediation's outcome, it will serve the interests of judicial economy.

5. The Parties jointly seek the opportunity to conduct a thorough and meaningful mediation on January 7, 2025, and believe good cause justifies the resulting minimal delay.

/ / /

/ / /

/ / /

STIPULATED MOTION AND (PROPOSED)
ORDER TO EXTEND CASE DEADLINES - 2
Case No. C18-1253-TL-SKV

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

1   DATED this __20th__ day of November, 2024.

2

3   _/s/ Mark A. Trivett_ _____          ___/s/Stacy DeMass_____
    BADGLEY MULLINS TURNER PLLC                WILLIAMS, KASTNER & GIBBS PLLC
4   Duncan Calvert Turner                        Rodney Umberger, WSBA # 24948
    Mark A. Trivett                              Stacy DeMass, WSBA # 45592
5   19929 Ballinger Way NE STE 200               601 Union Street, Suite 4100
    Seattle, WA 98155                            Seattle, WA 98101-2380
6   Phone: (206) 621-6566                        Telephone: (206) 628-6600
    dturner@badgleymullins.com                   Fax: (206) 628-6611
7   mtrivett@badgleymullins.com                  rumberger@williamskastner.com
                                                 sdemass@williamskastner.com
8

9   _____               _/s/ Kristen L. Wenger_____
    LAW OFFICE OF RANDALL C. JOHNSON             RIVKIN RADLER LLP
10  Randall C. Johnson                           John P. Marino (pro hac vice)
    PO Box 15881                                 Kristen L. Wenger (pro hac vice)
11  Seattle, WA 98115                            1301 Riverplace Blvd., 10th Floor
    Phone: (206) 890-0616                        Jacksonville, Florida 32202
12  Rcjj.law@gmail.com                           Phone: (904) 792-8925
                                                 Facsimile: (904) 467-3461
13  **Attorneys for Plaintiff**                  john.marino@rivkin.com
                                                 Kristen.wenger@rivkin.com
14
                                                 **Attorneys for Defendant**
15

16

17

18

19

20

21

22

23

24

25

STIPULATED MOTION AND (PROPOSED)              **Williams, Kastner & Gibbs PLLC**
ORDER TO EXTEND CASE DEADLINES - 3            601 Union Street, Suite 4100
Case No. C18-1253-TL-SKV                      Seattle, WA 98101-2380
                                              (206) 628-6600

## II.     SUBJOINED ORDER

THE COURT, having considered the Parties' Stipulated Motion to Extend Case Deadlines, and being fully advised, ORDERS that the Parties are provided sixty (60) additional days to conduct mediation, with a new deadline of January 15, 2025.  The Parties shall prepare and file a joint status report within thirty (30) days of mediation advising the Court of its outcome.  If the Parties do not, for whatever reason, reach a resolution, they will propose a new case schedule and trial date in the aforementioned joint status report.

Dated this 22nd day of November, 2024.

_____
S. KATE VAUGHAN
United States Magistrate Judge

STIPULATED MOTION AND (PROPOSED)
ORDER TO EXTEND CASE DEADLINES - 4
Case No. C18-1253-TL-SKV

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600