THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MERLE NICHOLS, on behalf of himself and All others similarly situated,

Plaintiff,

v.

GEICO GENERAL INSURANCE COMPANY, a foreign automobile insurance Company,

Defendant.

Case No. 2:18-cv-01253-TL

(PROPOSED) ORDER GRANTING PRELIMINARY APPROVAL[1]

Before the Court is the Parties' Stipulated Amended Motion for Preliminary Approval (the "Preliminary Approval Motion"). The Court has considered the Preliminary Approval Motion, together with its supporting declarations and exhibits.

This Court has reviewed the Parties' Conditional Settlement Agreement ("Agreement"), as well as the files, records, and proceedings to date in this matter.[2]

Based on this Court's review of the Agreement and all of the files, records, and proceedings herein, the Court concludes, upon preliminary examination, that the Agreement and

---

[1] The Court adopts the Parties' proposed order with the addition of this footnote to inform the Parties that their Proposed Class Notice (Dkt. No. 219-2) repeatedly misstates the case number within the statement that potential class members are instructed to attach to their correspondence. This should be corrected before a class notice is sent out.
[2] For purposes of this Order, capitalized terms used below shall have the meaning ascribed to them in the Preliminary Approval Motion, unless otherwise defined.

(PROPOSED) ORDER GRANTING
PRELIMINARY APPROVAL - 1
Case No. 2:18-cv-01253-TL

**BADGLEY MULLINS TURNER** PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
TEL 206.621.6566

Settlement appear fair, reasonable, and adequate, and within the range of reasonableness for preliminary settlement approval, and that a hearing should and will be held after notice to the Class (as defined in Paragraph B below) to confirm that the Agreement and Settlement are fair, reasonable, and adequate and to determine whether the Settlement should be approved and final judgment entered in this action based upon the Agreement.

IT IS HEREBY ORDERED THAT:

**A.    Preliminary Approval of Proposed Settlement.**

The Agreement is preliminarily approved as fair, reasonable, and adequate and within the range of reasonableness for preliminary settlement approval.  The Court finds that: (a) the Agreement resulted from extensive arm's length negotiations; and (b) the Agreement is sufficient to warrant notice of the Settlement to persons in the Class and a full hearing on the approval of the Settlement.

**B.    Fairness Hearing.**

A final approval hearing (the "Fairness Hearing") shall be held before the Court on July 15, 2026, as set forth in the Notice to the Class, to determine whether the Agreement is fair, reasonable, and adequate and should be approved.  Papers in support of final approval of the Agreement, the incentive award to Plaintiff, and Class Counsel's application for an award of attorneys' fees, costs and expenses (the "Fee Application") shall be filed with the Court according to the schedule set forth in Paragraph K below. The Final Settlement Approval Hearing, and all dates provided for herein, may, without further notice to the Class, be continued or adjourned by order of this Court.  After the Fairness Hearing, the Court may enter a settlement order and final judgment in accordance with the Agreement that will adjudicate the rights of the Class Members with respect to the Released Claims being settled.  The scope of the Released Claims shall be that

(PROPOSED) ORDER GRANTING
PRELIMINARY APPROVAL - 2
Case No. 2:18-cv-01253-TL

**BADGLEY MULLINS TURNER** PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
TEL 206.621.6566

set forth in ¶3.4 of the Settlement Agreement.

**C.    Class Notice.**

Class Notice shall be sent within thirty (30) days following entry of this Order. JND Settlement Administrators shall serve as Administrator. The Administrator will provide mail notice to persons in the Class by mail, and when available, by e-mail as well, according to the program described in the Settlement Agreement. Skip tracing shall be performed by the Administrator for all returned mail.

**D.    Findings Concerning Class Notice.**

The Court finds that the foregoing program of Class Notice and the manner of its dissemination is the best practicable notice under the circumstances and is reasonably calculated to apprise the Class of the pendency of this action and their right to object to or exclude themselves from the Class.  The Court further finds that the Class Notice program is reasonable, that it constitutes due, adequate, and sufficient notice to those persons entitled to receive notice and that it meets the requirements of due process and Civil Rule 23.  The Court hereby approves the Notice in substantially the same form as that attached as Exhibits Two to the Declaration of Mark A. Trivett filed in support of the Amended Preliminary Approval Motion.

**E.    Administration.**

The Court confirms that it is appropriate for the Defendant to provide the information necessary to provide the notice contemplated herein and to administer the settlement, including names, addresses, and personal identifying information.

**F.    Exclusion from the Class.**

Persons in the Class will possess the right to opt out by sending a written request to a designated address within forty-five (45) days after the Notice Mailing Date.  All Class Members

(PROPOSED) ORDER GRANTING
PRELIMINARY APPROVAL - 3
Case No. 2:18-cv-01253-TL

**BADGLEY MULLINS TURNER** PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
TEL 206.621.6566

who do not opt out in accordance with the terms set forth herein will be bound by all determinations and judgments in this action. Exclusion requests must contain the person's name, address, telephone number, and signature, and must include the following statement: "I request to be excluded from the class settlement in *Nichols v. GEICO General Ins. Co.*, Case No. #2:18-CV-1253-TL." The Administrator will retain a copy of all requests for exclusion.  Not later than 15 days from the exclusion deadline, the Administrator shall file with the Court a declaration that provides copies of all exclusion requests received.

G.    **Objections and Appearances**.

Any person in the Class who has not timely submitted a valid request for exclusion from the Class, and thus is a Class Member, may object to the proposed Settlement and appear at the Final Approval Hearing to argue that the proposed Settlement should not be approved and/or to oppose the application of Class Counsel for an award of attorneys' fees and the incentive award to the Class Representatives.

1. In order to object to the Settlement, a Class member must make any objection in writing and file it with the Court and serve on all Parties not later than forty-five (45) days after the Notice Mailing Date.  The objection must include the person's name, address, telephone number, and signature, and must set forth, in clear and concise terms, the legal and factual arguments supporting the objection.  Any objections that are not timely filed and mailed shall be forever barred.

2. In order to speak at the hearing, a Class member also must file with the Court and serve on all Parties a Notice of Intention to Appear at the Fairness Hearing with the Court no later than thirty (30) days before the Fairness Hearing.  The Notice must include the person's name, address, telephone number, and signature.

(PROPOSED) ORDER GRANTING
PRELIMINARY APPROVAL - 4
Case No. 2:18-cv-01253-TL

**BADGLEY MULLINS TURNER** PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
TEL 206.621.6566

**H.** **Further Papers In Support Of Settlement And Fee Application**.

Class Counsel's Motion for Attorneys' Fees and the Motion for Final Approval shall be filed within thirty (30) days of the Exclusion/Objection Deadline as provided in Paragraph K.

**I.** **Effect of Failure to Approve the Agreement**.

In the event the Agreement is not approved by the Court, or for any reason the Parties fail to obtain a Final Judgment as contemplated in the Agreement, or the Agreement is terminated pursuant to its terms for any reason, then the following shall apply:

1. All orders and findings entered in connection with the Agreement shall become null and void and have no further force and effect, shall not be used or referred to for any purposes whatsoever, and shall not be admissible or discoverable in any other proceeding;

2. The Agreement and its existence shall be inadmissible to establish any fact or any alleged liability of the Defendant for the matters alleged in this action or for any other purpose; and

3. Nothing contained in this Order is, or may be construed as, any admission or concession by or against the Defendant or Plaintiffs on any point of fact or law.

**J.** **Stay/Bar Of Other Proceedings**.

All proceedings in this action are stayed until further order of the Court, except as may be necessary to implement the terms of the Settlement. Pending final determination of whether the Settlement should be approved, Plaintiffs, all persons in the Class and persons purporting to act on their behalf are enjoined from commencing or prosecuting (either directly, representatively, or in any other capacity) against any of the Released Parties any action, arbitration, or proceeding in any court, arbitration forum, or tribunal asserting any of the Released Claims as defined in the Agreement.

(PROPOSED) ORDER GRANTING
PRELIMINARY APPROVAL - 5
Case No. 2:18-cv-01253-TL

BADGLEY MULLINS TURNER PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
TEL 206.621.6566

K.   <u>Timeline</u>.

| ACTION | DATE |
| --- | --- |
| Preliminary Approval Order Entered | March 13, 2026 |
| Notice Mailing Date | April 13, 2026 |
| Exclusion/Objection Deadline | May 28, 2026 |
| Claims Administrator's Filing of Exclusion Requests | June 1, 2026 |
| Plaintiff's Counsel's Fee Motion Submitted | June 29, 2026 |
| Final Approval Brief and Response to Objections | June 29, 2026 |
| Final Approval Hearing / Noting Date | July 15, 2026 |
| Final Approval Order Entered | At the Court's Discretion |

The Fairness Hearing is scheduled on July 15, 2026, at 10 a.m. in Courtroom 14B at the Seattle Courthouse of the U.S. District Court for the Western District of Washington, 700 Stewart Street, Suite 2310, Seattle, WA 98101.

**IT IS SO ORDERED**

DATED this 13th day of March, 2026.

The Honorable Judge Tana Lin

(PROPOSED) ORDER GRANTING
PRELIMINARY APPROVAL - 6
Case No. 2:18-cv-01253-TL

**BADGLEY MULLINS TURNER** PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
TEL 206.621.6566

PRESENTED BY:

s/ Mark A. Trivett
BADGLEY MULLINS TURNER PLLC
Duncan Calvert Turner
Mark A. Trivett
19910 50th Ave. W., Suite 103
Lynnwood, WA 98036
Phone: (206) 621-6566
dturner@ badgleymullins.com
mtrivett@badgleymullins.com

s/ Rodney Umberger
WILLIAMS, KASTNER & GIBBS PLLC
Rodney Umberger, WSBA # 24948
Stacy DeMass, WSBA # 45592
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
rumberger@williamskastner.com
sdemass@williamskastner.com

s/ Randall C. Johnson
LAW OFFICE OF RANDALL C. JOHNSON
Randall C. Johnson
PO Box 15881
Seattle, WA 98115
Phone: (206) 890-0616
Rcjj.law@gmail.com

**Attorneys for Plaintiff**

s/ Kristen L. Wenger
RIVKIN RADLER LLP
John P. Marino (pro hac vice)
Kristen L. Wenger (pro hac vice)
1301 Riverplace Blvd., 10th Floor
Jacksonville, Florida 32202
Phone: (904) 792-8925
Facsimile: (904) 467-3461
john.marino@rivkin.com
Kristen.wenger@rivkin.com

**Attorneys for Defendant**

(PROPOSED) ORDER GRANTING
PRELIMINARY APPROVAL - 7
Case No. 2:18-cv-01253-TL

**BADGLEY MULLINS TURNER** PLLC
19910 50th Avenue W., Suite 103
Lynnwood, WA 98036
TEL 206.621.6566